1024

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY F. EVERYBODYTALKSABOUT, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 08-1-00259-2, John Hotchkiss, J. Pro Tem., entered October 20, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Fearing, J., and Kulik, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. CASMER JOSEPH VOLK, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 11-1-00084-1, Michael G. McCarthy, J. Pro Tem., entered March 12, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Fearing, J., and Kulik, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. ROSE MARIE FAIRLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-01590-5, Salvatore F. Cozza, J., entered May 10, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J. Pro Tem.